RANDALL B. HAMUD, Attorney at Law (SBN 047958)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: 619-696-0815
Facsimile: 619-649-2262
Email: hamudlawyer@gmail.com

MICHAEL R. MARRINAN, Esq. (SBN 90484)
Law Offices of Michael R. Marrinan
225 Broadway, Suite 1460
San Diego, CA 92101
Telephone: 619-238-6900
Facsimile: 619-238-1097
Email: mrmarrinan@aol.com
Attorneys for Plaintiffs

MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
KATHY J. STEINMAN, Deputy City Attorney
California State Bar No. 221344
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856
Attorneys for Defendants CITY OF SAN DIEGO,
NATHAN PARGA, KELVIN LUJAN, SAM EULER
and ALI BAKHSHI

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JESUS LOBATON, an individual; HEDY JULCA, an individual; DIEGO STEVEN LOBATON, an individual; and "B.C.", a minor, by and through his mother and guardian ad litem, HEDY JULCA,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF SAN DIEGO, a municipal corporation; NATHAN PARGA, an individual; KELVIN LUJAN, an individual; SAM EULER, an individual, ALI BAKHSHI, an individual, and DOES 1 through 200, inclusive.<br><br>        Defendants, | Case No.  15cv01416-GPC-DHB<br><br>**JOINT MOTION FOR ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Magistrate:  Hon. David H. Bartick |

1

The parties, by and through their respective attorneys of record, jointly move the Court to dismiss this case with prejudice. The parties have reached a settlement. Under the terms of the settlement, they have agreed that the above-captioned action be dismissed in its entirety with prejudice. Based upon the foregoing, the parties respectfully request the Court to order that this case be dismissed with prejudice.

Dated: September 5, 2017        */s/Randall B. Hamud*
                                Randall B. Hamud
                                Attorney for Plaintiffs

Dated: September 5, 2017        JAN I. GOLDSMITH, City Attorney

                                */s/Kathy J. Steinman*
                                Kathy J. Steinman
                                Attorney for Defendants CITY OF SAN DIEGO, NATHAN PARGA, KELVIN LUJAN, SAM EULER, and ALI BAKHSHI

I, Kathy J. Steinman, certify that I have made a true and correct copy of this pleading available to attorneys for the Plaintiffs who have authorized me to electronically sign this pleading on his behalf according to the *Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California* § 2(f)(4).

Dated:  September 5, 2017       JAN I. GOLDSMITH, City Attorney

                                By  */s/ Kathy J. Steinman*
                                    Kathy J. Steinman
                                    Deputy City Attorney
                                Attorneys for Defendants CITY OF SAN DIEGO, NATHAN PARGA, KELVIN LUJAN, SAM EULER and ALI BAKHSHI